UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                        )
ALVIN B. TRUESDALE,                     )
                                        )
               Plaintiff,               )
                                        )
     v.                                 )     Civil Action No. 08-1862 (PLF)
                                        )
UNITED STATES DEPARTMENT                )
OF JUSTICE et al.,                      )
                                        )
               Defendants.              )
_____ )
```

ORDER

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that defendant's renewed motion to dismiss or for summary judgment

[Dkt. #60] is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE; it is

FURTHER ORDERED that, not later than September 30, 2010, defendant shall

file either a dispositive motion or a proposed schedule for resolution of the outstanding issues in

this case.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE:  August 13, 2010                     United States District Judge